Timothy M. Stubson (Bar #6-3144)
Brandon E. Pryde (Bar #8-6883)
Crowley Fleck, PLLP
111 W. 2nd, Suite 220
Casper, WY 82601
(307) 265-2279
tstubson@crowleyfleck.com

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| VENTURE MEDICAL, LLC,    a Wyoming Limited Liability Company Plaintiff, ) ) ) )| |
| vs. ) )| CIVIL ACTION NO. _____ |
| WOUND CARE OF WYOMING, a Wyoming Limited Liability Company Defendant. ) ) ) ) ) )| |

## PLAINTIFF'S COMPLAINT

Plaintiff Venture Medical, LLC, ("Venture Medical") files its Complaint as follows:

## PARTIES

1.      Plaintiff VENTURE MEDICAL is a Montana limited liability company with its principal place of business at 211 N. Higgins Ave, Suite 305, Missoula, MT 59802.

2.      Defendant Wound Care of Wyoming is a Wyoming limited liability company (WWC) with its principle place of business at 1129 East 2nd Street, Casper, WY 82601.

## JURISDICTION AND VENUE

3.      In this action Venture Medical seeks monetary relief based on Defendant's unlawful acts.

4.      Defendant does most of its business and has its principal place of business in the State of Wyoming.

5.      Due to Defendant's breach and violation of a Sales Agreement, Venture Medical has suffered loss in an amount in excess of $75,000.00.

6.      This Court has original jurisdiction pursuant to 28 U.S.C. § 1332(a), because each party is a citizen of a different State and the matter in controversy exceeds the sum or value of $75,000.00.

7.      This Court has general personal jurisdiction over Defendant because it is a Wyoming business operating in Wyoming.

8.      Venue is proper in this District under 28 U.S.C. § 1391(b) because a substantial part of Defendant's unlawful acts, alleged in further detail below, occurred in this District.

## FACTS

9.      Venture Medical is a leading provider of innovative solutions in wound healing and regenerative therapies.

10.      WCW is a medical practice in located in Casper, Wyoming that provides comprehensive wound care treatment.  WCW is owned and operated by Christina Laird-Rogers, FNP-C.

11.      On or about August 26, 2024, WCW entered into a Sales Agreement (hereinafter "Contract") where WCW agreed to purchase, and Venture Medical agreed to sell on credit certain medical supplies including tissues that would be used in the course of WCW's business.  (Exhibit 1).

12.      As part of the Contract WCW agreed to timely pay for all products supply by WCW.

2

13. Venture Medical provided substantial amounts of medical supplies to WCW based upon WCW's agreement to promptly pay for those supplies.

14. Despite receiving invoices requiring payment and several demands for payment WCW has failed, refused or neglected to pay for medical supplies provided as required by the Contract.

15. From April 2, 2025 through August 27, 2025 WCW received invoices from Venture Medical for $4,628,351.00 worth of medical supplies. WCW accepted and used the supplies, but has refused to pay for them. (See Exhibit 2).

16. The Contract also provided that WCW would pay interest on amounts that were billed, but not timely paid. Interest has accrued on amounts billed and owing in an amount of $287,817.80 as of December 3, 2025. (Exhibit 2).

17. Prior to filing this lawsuit, Venture Medical reminded and advised Defendant of its obligations under the Contract. Defendant has repeatedly admitted its obligations to pay under the Contract, but continues to refuse, fail or neglect making any payment.

## CAUSES OF ACTION

### Count 1 – Breach of Contract

18. The foregoing paragraphs are hereby incorporated by reference.

19. The Contract contains enforceable provisions requiring WCW to pay for the medical supplies provided by Venture Medical.

20. Defendant has breached these duties by failing to make payments as required under the Contract.

21. The Contract is in writing, signed by Defendant, supported by adequate consideration, and sufficiently definite and reasonable to be enforceable.

3

22.     Venture Medical performed its obligations under the Contract. Defendant's breach caused, and will continue to cause, injury to the Venture Medical, and the Venture Medical did not get the full benefit of the obligations owed to it by Defendant under the Contract.

23.     Prior to bringing this lawsuit, Venture Medical presented its claims to Defendant for redress, to no avail.

24.     As a result of Defendant's wrongful breach of the Agreement, Venture Medical is entitled to its attorneys' fees, litigation costs and expenses in having to file this action and prosecute its claims against Defendant.

### *Count 2 – Unjust Enrichment*

25.     The foregoing paragraphs are hereby incorporated by reference.

26.     As an alternative to Count 1, Venture Medical would be entitled to relief under the equitable doctrine of unjust enrichment.

27.     WCW received and wrongfully retained the benefit of Venture Medical products without paying for those products or returning them to Venture Medical.

28.     As a result of the Defendant's receipt and wrongful retention of the benefit of Venture Medical's products, the Defendant has been unjustly enriched in an amount equal to the value of those products.

29.     As a matter of equity, Defendant owes Venture Medical an amount equal to the value of the products that Venture Medial provided, plus accrued interest.

### REQUEST FOR ATTORNEYS' FEES

30.     Venture Medical is entitled to recover its attorneys' fees pursuant to the Agreement.

### PRAYER FOR RELIEF

Venture Medical respectfully requests that this Court:

1.    Enter a final judgment for Venture Medical, including:

    a.  An award of actual damages suffered by Venture Medical;

    b.  An award of pre-judgment and post-judgment interest to Venture Medical;

    c.  An award of attorneys' fees and litigation costs and expenses to Venture Medical;

    d.  All other relief, in law or in equity, to which Venture Medical may be entitled.

DATED this 20th day of January, 2025.


CROWLEY FLECK PLLP


By:____/s/*Timothy M. Stubson*_____
Timothy M. Stubson (Attorney No. 6-3144)
Brandon E. Pryde (Attorney No. 8-6883)
Crowley Fleck, PLLP
111 W. 2nd, Suite 220
Casper, WY 82601
(307) 265-2279
*Attorneys for Plaintiff*